IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTA JENKINS,

    Plaintiff,

  v.

                          Case No.  22-cv-174-bbc

MAYO CLINIC,
DIANE S. WILKEN, APNP
and DEFENDANT #C,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

April 22, 2022  
Date